UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANCE STRICKLAND, et al.,

    Plaintiffs,

v.                                          Case No.  3:15cv158/MCR/CJK

BIG IRON ENVIRONMENTAL, INC., et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 7, 2015 (doc. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, the Court finds that it should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendants' "Motion to Set Aside Default or Default Judgment" (docs. 7, 9) is **GRANTED** and the Clerk is directed to set aside the entry of default.

    **DONE AND ORDERED** this 14th day of August, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**